UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| ALONDRA MARISOL LOZANO, *on behalf of herself and all others similarly situated*, | X : : : | Lead Case 1:25-cv-2416 (ER) Case No. 1:2025-cv-2720 |
| *Plaintiff,* | : : | |
| v. | : : | ~~[PROPOSED]~~ **ORDER FOR ADMISSION** |
| NEW YORK UNIVERSITY, | : : | **PRO HAC VICE** |
| *Defendant.* | : : X | |

The motion of **ASHLEY M. CROOKS**, for admission to practice Pro Hac Vice in the above-captioned action is granted.

**ASHLEY M. CROOKS** has declared that she is a member in good standing of the bars of the **NEW YORK**, **NEW JERSEY** and **TEXAS** and that her contact information is as follows:

> Ashley M. Crooks
> **HAUSFELD LLP**
> 33 Whitehall Street, 14th Floor
> New York, NY 10004
> T: 646-357-1100
> F: 212-202-4322
> E: acrooks@hausfeld.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **ALONDRA MARISOL LOZANO** in the above entitled action;

**IT IS HEREBY ORDERED** that **ASHLEY M. CROOKS** is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 6, 2025

_____
United States District Judge