**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES DING, *individually and on behalf of all others similarly situated*,<br><br>                 Plaintiff,<br><br>        v.<br><br>NEW YORK UNIVERSITY,<br><br>                 Defendant. | Case No.: 1:25-cv-02416-ER |

## ~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' MOTION TO APPOINT INTERIM CLASS COUNSEL

Having considered Plaintiffs' Motion to Appoint Interim Class Counsel and memorandum of law in support and good cause appearing therefore, the Court ORDERS as follows:

1. The Motion is **GRANTED**.

2. Having given due consideration to the factors set forth in Federal Rule of Civil Procedure 23(g)(1)(A)(i)-(iv) and finding that the proposed counsel meet the adequacy requirements thereunder, Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC, Sabita J. Soneji of Tycko & Zavareei LLP, and Ashley M. Crooks of Hausfeld LLP are appointed and shall serve as Interim Co-Lead Class Counsel. Israel David of Israel David LLC is appointed and shall serve as Interim Liaison Counsel. Gerald D. Wells, III of Lynch Carpenter, John Yanchunis of Morgan & Morgan, Jeff Ostrow of Kopelowitz Ostrow, Andrew Ferich of Ahdoot Wolfson, P.C., Thomas Loeser of Cotchett Pitre McCarthy, LLP, William B. Federman of Federman & Sherwood, and Charles Schaffer of Levin Sedran & Berman LLP are appointed and shall serve as members of the Plaintiffs' Executive Committee.

2.      Interim Co-Lead Class Counsel will be responsible for and have plenary authority to prosecute any and all claims of Plaintiffs and the putative class members. Specifically, Interim Co-Lead Class Counsel shall have the following responsibilities, duties and sole authority to:

a.      Determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of Plaintiffs on all matters arising during pretrial proceedings;

b.      Coordinate the initiation and conduct of discovery on behalf of Plaintiffs and the putative class consistent with the requirements of the Federal Rules of Civil Procedure;

c.      Convene meetings amongst counsel;

d.      Conduct settlement negotiations on behalf of Plaintiffs and the putative class;

e.      Delegate specific tasks to Plaintiffs' counsel in a manner that ensures pretrial preparation for Plaintiffs and the putative class is conducted efficiently and effectively;

f.      Negotiate and enter into stipulations with opposing counsel as necessary for the conduct and efficient advancement of the litigation;

g.      Monitor the activities of all counsel to ensure that schedules are being met and unnecessary expenditures of time and funds are avoided;

h.      Perform such other duties as may be incidental to the proper coordination of Plaintiffs' pretrial activities or authorized by further order of this Court;

i.      Serve as the primary contact for communications between the Court and other Plaintiffs' counsel;

j.      Ensure that all notices, orders, and material communications are properly distributed (to the extent they are not otherwise served on Plaintiffs' counsel *via* the Court's electronic filing system);

k.      Communicate with opposing counsel as necessary to promote the efficient advancement of this litigation;

l.      Make available to other Plaintiffs' counsel documents produced by the Defendant; and

m.      Allocate attorneys' fees.

3.    It is hereby **ORDERED** that this Order shall apply to any action filed in, transferred to, or remanded to this Court, which relates to the subject matter at issue in this case.

4.    Plaintiffs shall file a Consolidated Complaint no later than forty-five (45) days following the entry of this Order.

5.    The parties shall confer and submit for the Court's consideration an agreed-upon briefing schedule for any motion to dismiss briefing.

**IT IS SO ORDERED.**

DATED: February 6, 2026

Edgardo Ramos, U.S.D.J.